FILED

06/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0549

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0549

_____

PETER B. HUTTON,

      Plaintiff and Appellant,

    v.

ESTATE OF JERALD L. NYHART, by and
through the Personal Representative, SANDY
NYHART; POINT OF ROCKS ANGUS RANCH,
INC.; and SHERRY N. SMITH, an individual,

      Defendants and Appellees.

O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Luke Berger, District Judge.

                    For the Court,

                    Electronically signed by:
                    Mike McGrath
            Chief Justice, Montana Supreme Court
                    June 22 2022